# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/21/2015 11:34:27 AM
PAM ESTES
Clerk

Court of Appeals No. (If known):  **12** - 15 - 00227 - cv

Trial Court Style:  ABSH, LLC vs. C. AUBREY SMITH, et al

Trial Court & County: 114TH District Court, Smith County, Texas    Trial Court No.: 15-1584-15

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: 9-21-15

Anticipated Number of Pages of Record: 100

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒    my duties listed below preclude working on this record: During and immediately prior to notice, I have completed and delivered an Except of Testimony in the Patterson divorce, Cause No. 15-1244-F on Septen appeal in the State of Texas vs. Stephen Moore, Cause N

☐x Other.  (Explain.): After quoting an estimate for the Statement of Facts, I was notified by email on 9-11-15.  Thereafter I received a letter by regular mail of intent and a deposit on 9-15-15. Due to other pending Statement of Facts, I have not had sufficient time to complete the TRO as requested, that being 6 days.

I anticipate this record will be completed and forwarded to the 12ᵗʰ Court of Appeals by October 1st, 2015, and **I hereby request an additional** 10 **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

September 21st, 2015
Date

// Beverly E. Dixon, CSR 1627
Signature

214-289-5318
Office Phone Number

Printed Name  Beverly E. Dixon

tellmelies@suddenlink.net
E-mail Address (if available)

Official Title  Deputy Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name: Wilson, Robertson & Cornelius, PC          Name: Vance E. Hendrix

Address:          Address:

Phone no.:          Phone no.: BY FAX: 903 705 7775

Attorney for: Defendants          Attorney for: Plaintiffs

by email address: mmilam@wilsonlawfirm.com

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name:          Name:

Address:          Address:

Phone no.:          Phone no.:

Attorney for: Defendants          Attorney for:

Additional          information,          if          any: